Submitted on record and briefs January 7, supplemental judgment for attorney fees and costs vacated and remanded July 6, 2005

Cynthia L. OTTO,
*Respondent,*

*v.*

Leon ARAIZA,
*Appellant.*

C013227DRA; A124965

114 P3d 544

Leon M. Araiza filed the brief *pro se*.

No appearance for respondent.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

Supplemental judgment for attorney fees and costs vacated and remanded. ORCP 68 C(4)(c)(i); *Hurd v. Holder*, 198 Or App 282, 108 P3d 87 (2005).